1
2
3
4
5
6
7
8
9
10                                **UNITED STATES DISTRICT COURT**
11                                    **DISTRICT OF NEVADA**
12

13   FRANK SMITH,                        )        2:10-cv-00491-HDM-RJJ
                                         )
14                   Plaintiff,          )
                                         )
15   vs.                                 )        ORDER
                                         )
16   HARRAH'S ENTERTAINMENT, INC.        )
     d/b/a RIO HOTEL & CASINO, et al.,   )
17                                       )
                     Defendants.         )
18   _____)

19       Plaintiff's filing of his amended complaint has rendered the
20   defendant's partial motion to dismiss moot.  Accordingly, the
21   defendant's partial motion to dismiss (#8) is denied as moot.
22       **IT IS SO ORDERED.**
23       DATED: This 8th day of July, 2010.

24
                              _Howard D McKibben_
25                            _____
26                            UNITED STATES DISTRICT JUDGE
27
28