**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FRANK SMITH,                    )       2:10-cv-00491-HDM-RJJ
                                )
            Plaintiff,          )
                                )
vs.                             )       ORDER
                                )
HARRAH'S ENTERTAINMENT, INC.    )
d/b/a RIO HOTEL & CASINO, et al.,)
                                )
            Defendants.         )
_____)

Pursuant to the parties' stipulation (#17), this action is hereby dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: This 21st day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE